FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Ortiz, Estevan<br>DEFENDANT(S). | CASE NUMBER<br>SA10-73M-3<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__ , IT IS ORDERED that a detention hearing is set for __Tues, 3/2/10__ , at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/23/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge